

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00134-CR

Kimberly Gonzalez
v.
The State of Texas

On appeal from the
117th District Court of Nueces County, Texas
Trial Cause No. 14-CR-2376-B(S1) Counts 3 -5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be VACATED AS TO COUNTS FOUR AND FIVE and AFFIRMED AS TO COUNT THREE. The Court orders the judgment of the trial court VACATED AS TO COUNTS FOUR AND FIVE and AFFIRMED AS TO COUNT THREE.

We further order this decision certified below for observance.

December 8, 2016